UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

D-1 LINDA HOLDEN,

        Defendant.
_____/

Case: 2:06-cr-20345
Assigned To: Roberts, Victoria A
Referral Judge: Scheer, Donald A
Filed: 06-28-2006 At 03:22 PM
INFO USA V. LINDA HOLDEN (DA)

STATUTE:   29 U.S.C. §501(c) –
Embezzlement of Union Funds

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

29 U.S.C. § 501(c) – Embezzlement and Theft of Labor Union Funds

D-1   LINDA HOLDEN

That beginning in or about January 2002 and continuing to July 2004, in the Eastern District of Michigan, Southern Division, defendant **LINDA HOLDEN**, while an officer, that is, Financial Secretary Treasurer, of Pace International Union, Local 6-639, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and

convert to her own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $74,090.09, all in violation of Title 29, United States Code, Section 501(c).

**STEPHEN J. MURPHY**
United States Attorney


/s Jennifer M. Gorland

**JENNIFER M. GORLAND**
Chief, General Crimes Unit

/s Noceeba Southern Gordon

**NOCEEBA SOUTHERN GORDON (P55229)**
Assistant United States Attorney

Dated: 6/28/06

# Criminal Case Cover Sheet

**United States District Court**
**Eastern District of Michigan**

Case: 2:06-cr-20345
Assigned To: Roberts, Victoria A
Referral Judge: Scheer, Donald A
Filed: 06-28-2006 At 03:22 PM
INFO USA V. LINDA HOLDEN (DA)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ( ) Yes    (x) No | AUSA's Initials: |

Case Title: USA v. LINDA HOLDEN
County where offense occurred: Wayne

**Check One:** (x) Felony     ( ) Misdemeanor     ( ) Petty

(x)   Indictment____/Information_X___ no prior complaint.
( )   Indictment____/Information____ based upon prior complaint [Case number:_____]
( )   Indictment____/Information____ based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information:

Superseding to Case No: _____  Judge:_____

( )   Original case was terminated; no additional charges or defendants.
( )   Corrects errors; no additional charges or defendants.
( )   Involves, for plea purposes, different charges or adds counts.
( )   Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                              **Charges**


June 28, 2006
Date

NOCEEBA SOUTHERN GORDON
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9676
Fax: (313) 226-2372
E-Mail address: noceeba.gordon@usdoj.gov
Attorney Bar #: P55229

---

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same of related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.